UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF              )
                              )
DOUGLAS K. CHOPSON, JR.       )        BANKRUPTCY CASE NUMBER 09-13454
                              )
            DEBTOR.           )

**NOTICE OF DEPOSIT OF UNCLAIMED FUNDS WITH CLERK**

Comes now the undersigned, Yvette Gaff Kleven, Trustee, and by way of notice states the following:

1. The undersigned is the duly appointed Chapter 7 Trustee in the bankruptcy in the above-entitled matter.

2. The Trustee filed her Final Report And Distribution Summary on September 8, 2010, and issued checks as proposed in said proposed distribution.

3. That Check #105 issued to HSBC Retail Services, Attn: Bankruptcy, P.O. Box 15522, Wilmington, DE 19850 on October 1, 2010 in the amount of $349.01 was returned as undeliverable by the Post Office.

4. That the Trustee hereby gives notice that such amount of **$349.01** is being presented to the Clerk of the United States Bankruptcy Court for the benefit of such claimant.

Respectfully submitted,

___/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:  260 / 407-7000
ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 18th day of October, 2010, a true and correct copy of the above and foregoing Notice Of Deposit Of Unclaimed Funds With Clerk was transmitted electronically through the Bankruptcy Court's ECF System to: United States Trustee, USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to: HSBC Retail Services, Attn: Bankruptcy, P.O. Box 15522, Wilmington, DE 19850.

             ____/s/ Yvette Gaff Kleven_____
             Yvette Gaff Kleven